PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Cheryl Denise Greene

Case No.: 18-57854-SMS   Chapter: 13

**Change of Address for:**
Debtor [ ]   Creditor [ ]   Attorney for Debtor [✔]   Attorney for Creditor [ ]

**Change for:**
Notices ONLY [ ]   Payments ONLY [ ]   Notices and Payments [✔]

EFFECTIVE DATE OF CHANGE: August 2, 2018

Name: SE Realty Partners LLC

Prior Address: 171 17th St. NW, Suite 1100
Atlanta, Georgia  30363

*********************************************************************

New Address: c/o Denise C. Koehl, Integral Property
Management, LLC, 191 Peachtree St. NE,
Ste. 4100, Atlanta GA  30303

Change of Address Was Furnished By:   Debtor [ ]   Creditor [ ]   Attorney [✔]

Date: 8/02/2018   Signature of Filer:
Telephone Number: 404-685-4312

### IF FILED BY ATTORNEY

Attorney Name: William T. McKenzie, Partner

Bar ID: GA #495350

Address: Burr & Forman LLP, 171 Seventeenth St. NW,
Suite 1100, Atlanta, GA 303363

Revised August 2012

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 18-57854-SMS |
| CHERYL DENISE GREENE, | ) ) ) ) ) | Chapter 13 |
| Debtor(s) | | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 2nd day of August, 20 18 I served a copy of

Request for Change of Address

which was filed in this bankruptcy matter on the 2nd day of August, 20 18-

Mode of service (check one):    ● MAILED    ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Matthew Thomas Berry
Matthew T. Berry & Associates
Suite 600
2751 Buford Highway, NE
Atlanta, GA 30324

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: 8/2/18    Signature: _____

Printed Name: William T. McKenzie, Partner

Address: Burr & Forman LLP
171 Seventeenth Street, NW
Suite 1100
Atlanta, GA 30363

Phone: 404-685-4312

(Generic Certificate of Service – Revised 4/13)